

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00666-CV

Rebecca Jo **STEVENS**,
Appellant

v.

Joseph "Harry" **SHAFFIELD**, III, and Jane Holinka, as Attorney-in-Fact for Joseph "Harry"
Shaffield, III,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-553
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of
the appeal are taxed against the appellant.

SIGNED November 21, 2018.

_____
Rebeca C. Martinez, Justice